IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| MAGUIRE PRODUCTS, INC., | : | CASE NO. C-3-03-198 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | ORDER GRANTING MOTION OF PLAINTIFF MAGUIRE PRODUCTS, INC. TO STRIKE AND SUBSTITUTE PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS COMET AUTOMATION SYSTEMS, INC. AND FERLIN TRADING B.V., RESPECTIVELY, AND THE DEPOSITION TRANSCRIPT OF THOMAS R. RAJKOVICH, ALL FILED UNDER SEAL, WITH UNSEALED MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS COMET AUTOMATION SYSTEMS, INC. AND FERLIN TRADING B.V., RESPECTIVELY, INCLUDING ALL <u>PARTIALLY REDACTED EXHIBITS</u> |
| COMET AUTOMATION SYSTEMS, INC., et al., | : | |
| Defendants. | : | |

_____

This matter came before the Court on the Motion of Plaintiff Maguire Products, Inc. ("Maguire" or "Plaintiff") to Strike and Substitute Plaintiff's Motions for Partial Summary Judgment Against Defendants Comet Automation Systems, Inc. and Ferlin Trading B.V., respectively, and the Deposition Transcript of Thomas R. Rajkovich, All Filed Under Seal, With Unsealed Motions for Partial Summary Judgment Against Defendants Comet Automation Systems, Inc. and Ferlin Trading B.V., respectively, Including All Partially Redacted Exhibits. The Motions for Partial Summary Judgment that are to be refiled are duplicates of the original motions except that certain information has been redacted. It is ORDERED that Maguire's Motion is GRANTED.

1. Plaintiff's Motion for Partial Summary Judgment Against Defendant Comet Automation Systems, Inc., filed under seal on July 11, 2005 (Doc. #60, 61, 62), is stricken;

2. Plaintiff's Motion for Partial Summary Judgment Against Defendant Ferlin Trading B.V., filed under seal on July 11, 2005 (Doc. #63, 64, 65), is stricken;

3. The June 30, 2005 Deposition Transcript of Thomas R. Rajkovich, filed under seal on July 11, 2005 (Doc. #66, 67, 68, 69, 70, 71, 72, 73), is stricken; and

4. Plaintiff is given until not later than ten (10) days following entry of this Order to re-file, unsealed, its Motions for Partial Summary Judgment Against Defendants Comet Automation Systems, Inc. and Ferlin Trading B.V., respectively, including all attached, partially redacted exhibits.

IT IS SO ORDERED.

Dated: August 5, 2005

s/Thomas M. Rose

_____

UNITED STATES DISTRICT JUDGE